**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY J. SCOTT** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | **NO. 02-3799** |
| **COMMONWEALTH OF PA, DPW** | : | |

**NOTICE RE SERVICE OF PROCESS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(l)**

    **AND NOW,** this 17th day of September, 2002, the Court noting from the docket in this case that the Complaint was filed on June 17, 2002, that service of process has not yet been made, and that under Federal Rule of Civil Procedure 4(l), service of the Summons and Complaint must be made within 120 days of the filing of the Complaint, **YOU ARE NOTIFIED** that you must make service of the Summons and the Complaint on the defendant(s) within 120 days of the filing of the Complaint, and file a return of service with the Clerk of Court, as provided in Federal Rules of Civil Procedure 4(l) and (m).  Your failure to do so, or to request an extension of time for doing so for good cause shown before expiration of the 120-day period, will result in the dismissal of your lawsuit without prejudice.

    **BY THE COURT:**

_____
    **JAN E. DUBOIS, J.**

2