IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 02-3799 |
| COMMONWEALTH OF PA. DPW. : | |
| Defendant. : | |

O R D E R

**AND NOW**, this 20th day of February, 2003, upon consideration of the Motion by Commonwealth of PA, DPW to Dismiss Plaintiff's Complaint (Document No. 5, filed December 10, 2002), and the documents submitted by plaintiff in response to the Motion,[1] **IT IS ORDERED** that the Court will **DEFER** decision on the Motion to Dismiss until the Clerk of Court has an opportunity to attempt to appoint counsel to represent plaintiff under the Plaintiff's Employment Attorney Panel Program.

BY THE COURT:

_____
JAN E. DUBOIS, J.

---

[1] The Clerk of Court shall docket a copy of all such documents as "Plaintiff's Response to Defendant's Motion to Dismiss."