IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-3799 |
| COMMONWEALTH OF PA. DPW. | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 20th day of February, 2003, following a Preliminary Pretrial Conference on said date, and the Court having determined that it is appropriate to attempt to appoint counsel to represent plaintiff under the Plaintiff's Employment Attorney Panel Program,[1] **IT IS ORDERED** that the Clerk of Court shall attempt to appoint counsel to represent plaintiff in this employment discrimination case pursuant to the Plaintiff's Employment Attorney Panel Program.

BY THE COURT:

_____
JAN E. DUBOIS, J.

---

[1] A copy of the Plaintiff's Employment Attorney Panel Program Description is attached.