IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 02-3799 |
| COMMONWEALTH OF PA. DPW. | : | |
| Defendant. | : | |

### O R D E R

AND NOW, this 23rd day of July, 2003, upon consideration of a Formal Request for Discovery submitted to the Court by plaintiff, Mary J. Scott, appearing *pro se,*[1] and the Response to Plaintiff's Formal Request Regarding Discovery submitted by defendant, **IT IS ORDERED** that the Formal Request for Discovery submitted to the Court by plaintiff, Mary J. Scott, appearing *pro se,* is **DENIED** on the present state of the record. The denial of the request is **WITHOUT PREJUDICE** to the right of the said *pro se* plaintiff to renew the request, if appropriate, at a later stage in the proceeding.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**

---

[1] A copy of *pro se* plaintiff's Formal Request for Discovery contained in a letter dated July 19, 2003, shall be docketed.