IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY J. SCOTT** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA** | : | NO. 02-3799 |
| **DEPARTMENT OF PUBLIC WELFARE** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 25th day of July, 2003, the Court, by Order dated February 20, 2003, having directed the Clerk to " . . . attempt to appoint counsel to represent plaintiff in this employment discrimination case pursuant to the Plaintiff's Employment Attorney Panel Program," and the Clerk of Court having attempted to do so, without success, in that the case was referred to six attorneys for representation of plaintiff, all of whom rejected the appointment as they are permitted to do under the Plaintiff's Employment Attorney Panel Program Description, **IT IS ORDERED** that the Clerk of Court shall **DISCONTINUE** any further attempt to appoint counsel to representative plaintiff in this employment discrimination case pursuant the Plaintiff's Employment Attorney Panel Program.

**IT IS FURTHER ORDERED** that plaintiff shall file and serve a response to defendant's Motion to Dismiss Plaintiff's Complaint on or before August 15, 2003.  Two (2) copies of plaintiff's response to the Motion shall be served on the Court (Chambers, Room 12613, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106) when the original is filed.  If

additional time is required, it must be requested by letter to Chambers on or before August 15, 2003.

**BY THE COURT:**

_____
**JAN E. DUBOIS, J.**