IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | NO. 02-3799 |
| DEPARTMENT OF PUBLIC WELFARE | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 4th day of August, 2003, defendant having filed a Motion to Dismiss Plaintiff's Complaint (Document No. 5, filed December 10, 2002), and plaintiff having submitted three documents which purportedly respond to the Motion to Dismiss, only one of which, a document with attachments dated February 5, 2003, has been docketed, **IT IS ORDERED** that the Clerk of Court shall docket the following documents submitted by *pro se* plaintiff:

1. Document dated July 24, 2003, with attachments which begins with the statement "I am requesting that the Commonwealth of PA. DPW Motion to Dismiss is denied, as a result of my original Complaint was never investigated by the Attorney General Dept. Which allowed the Commonwealth DPW, to continue with there fraudulents and wilful actions;" and,

2. Document entitled "Response to Defendant Motion to Dismiss Dated 12/10/02," received August 4, 2003, with attachments.

BY THE COURT:

_____
JAN E. DUBOIS, J.