IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT, PRO SE, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PA, DPW | : | NO. 02-CV-3799 |
| Defendant | : | |

**ORDER**

AND NOW, this       day of          , 2003, upon consideration of the motion to dismiss plaintiff's amended complaint, pursuant to Fed.R.Civ.P. 12(b)(1), 12(b)(5) and 12(b)(6) of the Department of Public Welfare of the Commonwealth of Pennsylvania, plaintiff's response, and defendant's reply, it is hereby ordered and decreed that said motion is granted and the amended complaint is hereby dismissed.

BY THE COURT:

_____
JAN E. DUBOIS, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT, PRO SE,  :  | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| COMMONWEALTH OF PA, DPW | : | NO. 02-CV-3799 |
| Defendant | : | |

**REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

The Pennsylvania Department of Public Welfare of the Commonwealth of Pennsylvania replies to Scott's response to its motion to dismiss her amended complaint, as follows:

The dismissal of the complaint without prejudice to Scott's right to file an amended complaint, asserting a claim of race discrimination under Title VII, does not rely upon any fact that Scott disputes in her response to the pending motion to dismiss her amended complaint. To the extent that Scott's response may be interpreted to include a motion that undersigned counsel, "with the Attorney General Dept. plead no contest," that motion is opposed for the reasons set forth in the pending motion to dismiss the amended complaint. To the extent that her response may be interpreted to include a motion that her amended complaint be "honored by Judge Jan E. DuBois," that motion is unclear. If it requests that her amended complaint not be dismissed, it is opposed for the reasons set forth in the pending motion to dismiss.

Therefore, for all the reasons set forth above and in defendant's motion to dismiss the amended complaint, this Court should dismiss plaintiff's amended complaint.

                                                D. MICHAEL FISHER
                                                ATTORNEY GENERAL

                     BY: _____

                                                Sue Ann Unger
                                                Senior Deputy Attorney General
                                                Identification No. 39009

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor                Susan J. Forney
Philadelphia, PA 19107-3603            Chief Deputy Attorney General
(215) 560-2127, fx: 560-1031            Chief, Litigation Section

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY J. SCOTT, PRO SE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| COMMONWEALTH OF PA, DPW | : | NO. 02-CV-3799 |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I, Sue Ann Unger, Senior Deputy Attorney General, hereby certify that a true and accurate copy of the within Reply Brief in Support of Motion to Dismiss Amended Complaint, was mailed on September 10, 2003, by first class mail, postage prepaid to:

Mary J. Scott
1152 E. Phil Ellena Street
Philadelphia, PA 19150-3119

                                                          D. MICHAEL FISHER
                                                          ATTORNEY GENERAL

BY: _____
       Sue Ann Unger
       Senior Deputy Attorney General
       Identification No. 39009

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor       Susan J. Forney
Philadelphia, PA 19107-3603       Chief Deputy Attorney General
(215) 560-2127, fx: 560-1031       Chief, Litigation Section